**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>TERRY DOW,<br><br>        Defendant. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case No.: 5:08-cv-00700-NAM-GJD<br><br>3/5/09<br>SO ORDERED<br>*[signature]*<br>U.S.M.J. |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs BMG MUSIC, *et al.*, by and through their attorneys, voluntarily dismiss this case without prejudice, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

                                        **LECLAIR KORONA GIORDANO COLE LLP**
                                        Attorneys for Plaintiffs

Dated: March 4, 2009            By: /s/Steven E. Cole
                                        Steven E. Cole, Esq.
                                        Bar No. 301499
                                        Attorneys for Plaintiffs
                                        150 State Street, Suite 300
                                        Rochester, New York 14614-1353
                                        Telephone: (585) 327-4100
                                        Fax: (585) 327-4200
                                        E-mail: scole@leclairkorona.com

1